# YOUNG *v.* STATE OF MARYLAND

[No. 196, September Term, 1972.]

*Decided September 12, 1972.*

(See opinion 15 Md. App. 707 (1972).)

The cause was submitted to BARNES, MCWILLIAMS, SINGLEY, SMITH and DIGGES, JJ.

Submitted on petition by *Thomas C. Hayden, Jr.,* for appellant.

PER CURIAM:

This Court, having granted a writ of certiorari and in accordance with Maryland Rule 811 b having determined that no error of law appears in the decision, adopts the opinion of Judge Moylan for the Court of Special Ap-

peals in *Young v. State,* 15 Md. App. 707 and affirms the judgment of the Court of Special Appeals.

*Judgment affirmed, with costs.*